NUMBERS 13-08-00050-CR & 13-08-00051-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

KATHERINE RODRIGUEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 347th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Vela 


Memorandum Opinion Per Curiam



 Appellant, Katherine Rodriguez, by and through her attorney, has filed separate
motions to withdraw her notices of appeal and dismiss her appeals in cause numbers 13-08-00050-CR and 13-08-00051-CR. See Tex. R. App. P. 42.2(a). Without passing on the
merits of these cases, we grant the motions to dismiss pursuant to Texas Rule of Appellate
Procedure 42.2(a) and dismiss the appeals. 

 Having dismissed the appeals at appellant's request, no motions for rehearing will
be entertained, and our mandates will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 21st day of February, 2008.